**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05-CR-00032-RJC-SCR**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **WRIT OF EXECUTION** |
| | ) | |
| ROBERT J. PUHL | ) | |
| | ) | |

TO THE UNITED STATES MARSHAL AND STIFEL FINANCIAL CORP.:

A judgment was entered on October 18, 2005, in the United States District Court for the Western District of North Carolina, in favor of the United States of America and against Defendant, Robert J. Puhl, whose last known address is XXXXXXXXXXX, North Myrtle Beach, SC XXXXX, in the sum of $273,873.24. (Doc. No. 10). The balance on the account as of November 8, 2024, is $204,198.83.

YOU ARE HEREBY COMMANDED pursuant to 18 U.S.C. § 3613 and 28 U.S.C. § 3203 to satisfy the judgment by levying and/or executing on property, and Stifel Financial Corp. is commanded to turn over property, in a timely manner and no later than ninety (90) days after the date of the issuance of this Writ of Execution, in which Defendant, Robert J. Puhl, Social Security Number XXX-XX-4076, has a substantial nonexempt interest, the property being any and all funds located in Stifel Financial Corp. accounts held in the name of Robert J. Puhl at the following address:

STIFEL FINANCIAL CORP.
ONE FINANCIAL PLAZA
501 N. BROADWAY
ST. LOUIS, MO 63102

YOU ARE FURTHER COMMANDED to turn over the net proceeds of the levied property to the United States Clerk of Court. The payment must be mailed to:

UNITED STATES DISTRICT CLERK OF COURT
ATTN: FINANCE DEPARTMENT
401 WEST TRADE STREET
CHARLOTTE, NC 28202

To ensure that the payment is credited properly, the following information should be included on the check: Case Number DNCW3:05CR32-1 and Defendant's Name Robert J. Puhl.

YOU ARE FURTHER COMMANDED that the levy shall not exceed property reasonably equivalent in value to the balance on the account of $204,198.83.

**SO ORDERED**.

Signed: November 12, 2024

_____
Susan C. Rodriguez
United States Magistrate Judge